UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN ELECTRIC POWER COMPANY, | * | CIVIL ACTION |
| INC., AMERICAN ELECTRIC POWER | * | |
| SERVICE CORPORATION AND CENTRAL | * | NO. 02-CV-1133 |
| AND SOUTHWEST CORPORATION | * | |
| | * | |
| VERSUS | * | SECTION "D" |
| | * | |
| AFFILIATED FM INSURANCE COMPANY | * | MAG. DIV. "M2" |

**************************************************

## MOTION TO STRIKE AND OBJECTIONS TO AFFIDAVITS SUBMITTED IN OPPOSITION TO "MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION OF CLAIMS, BY DEFENDANT, AFFILIATED FM INSURANCE COMPANY"

**NOW INTO COURT,** through undersigned counsel, comes Affiliated FM Insurance

Company ("Affiliated"), the defendant herein, and upon representing that Affiliated filed its "Motion

for Summary Judgment, or in the Alternative, Motion for Summary Adjudication of Claims" on

January 29, 2007 (Docket No. 181)(the "Affiliated Summary Judgment Motion"), and that, on March

12, 2007, the "AEP Plaintiffs" [the plaintiffs herein, American Electric Power Company, Inc.

("AEP"), American Electric Power Service Corporation ("AEPSC") and Central and Southwest

Corporation ("CSW")] submitted their opposition thereto (the "AEP Opposition Memorandum,"

(Docket No. 198), together with exhibits consisting of the affidavits and attachments thereto from

the following individuals :

| AEP OPPOSITION EXHIBIT NUMBER | AFFIANT |
|---|---|
| 1 | David Edwards |
| 2 | Evan J. Rosenberg |
| 3 | Rod Burnham |
| 4 | Ronnie L. Gagnet |

but, upon further representing that said affidavits and their exhibits do not constitute proper or probative evidence for consideration in opposition to a motion for summary judgment, for the reasons that such constitute inadmissible parol evidence, are not made on personal knowledge, contain or are based upon inadmissible evidence, and otherwise include hearsay, speculation, irrelevant matters or opinion and other evidentiary flaws, and/or include and seek to introduce inadmissible documentary materials, or are otherwise flawed as evidence to be considered in connection with the examination and adjudication of a motion for summary judgment, all as is shown more fully in the accompanying memorandum of points and authorities, respectfully moves, pursuant to Fed.R.Civ.P. 56(e) and the appropriate Federal Rules of Evidence that all four affidavits and their exhibits be stricken and/or excluded from consideration in the examination and resolution of the Affiliated Motion for Summary Judgment.

WHEREUPON, the defendant, Affiliated FM Insurance Company moves, upon the bases set forth herein and presented more fully in the concomitant memorandum of points and authorities, that the affidavits of David Edwards, Evan J. Rosenberg, Rod Burnham and Ronnie L. Gagnet and the attachments thereto (comprising the four affidavits submitted with the AEP Opposition) be stricken and/or excluded from consideration in the examination and resolution of the Affiliated Motion for Summary Judgment.

Respectfully submitted,
KREBS, FARLEY & PELLETERI, P.L.L.C.

_____
DAVID J. KREBS, T.A. (La. No. 01466)
e-mail: dkrebs@kfplaw.com
DIANE L. MATTHEWS (La.No. 01917)
e-mail: dmatthews@kfplaw.com
CHARLES A. NUNMAKER (La.No. 01510)
e-mail: cnunmaker@kfplaw.com
400 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3570
Facsimile:  (504) 299-3582
ATTORNEYS FOR AFFILIATED FM
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of March, 2007, a copy of the foregoing "Motion to Strike and Objections to Affidavits Presented in Opposition to 'Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication of Claims by Defendant, Affiliated FM Insurance Company'" was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Bobby S. Gilliam, Esq. by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to counsel of record by placing same in the U.S. Mail, postage pre-paid, addressed as follows:

Bobby S. Gilliam
P.O. Box 1707
400 Travis Street
Shreveport, LA. 71166

_____
CHARLES A. NUNMAKER (La.No. 01510)
e-mail: cnunmaker@kfplaw.com
400 Poydras Street, Suite 2500
New Orleans, LA 70130
Telephone: (504) 299-3570
Facsimile:  (504) 299-3582

3